# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Claudia W. Bittner, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:16-cv-151 |
| Walmart Stores East, Inc. et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Defendants and against Plaintiff; case is terminated on the Court's docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 6/19/2017

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk